**Linda and Arkady VAIZBURD, Plaintiffs–Appellants,**

v.

**CITY OF NEW YORK, Environmental Control Board of the City of New York, John Doe Individually and as Borough Commissioner of the Department of Buildings of the City of New**

York, John Doe(s) and as Building Inspector of the City of New York, John Doe, Individually and as Director of the Environmental Control Board of the City of New York, John Does, and as Officials of of Environmental Control Board of the City of New York, Defendants–Appellees.

No. 04–0062.

United States Court of Appeals, Second Circuit.

Oct. 12, 2004.

Linda and Arkady Vaizburd, Boynton Beach, Florida, Submitted for Appellants, pro se.

Victoria Scalzo, Assistant Corporation Counsel for the City of New York, New York, NY, Submitted for Appellees.

PRESENT: VAN GRAAFEILAND, LEVAL, and KATZMANN, Circuit Judges.

### SUMMARY ORDER

Linda and Arkady Vaizburd, *pro se,* appeal the judgment of the district court granting the defendants' motion to dismiss plaintiffs' civil rights complaint pursuant to 42 U.S.C. §§ 1983, and 1985. The parties' familiarity with the facts is assumed.

An independent review of the record, and relevant case law leads us to affirm the district court's decision to grant the City, DOB and ECB's motion to dismiss the Vaizburds' complaint.

---

* The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

The district court should permit the plaintiffs to file an amended complaint in this action, alleging the unreasonable search and seizure of their residence on October 24, 2001 (the only viable claim remaining) and naming the proper defendants. While Rule 15(c) limits the circumstances in which an amended complaint relates back to the filing of the original pleading, relation back should not be a concern if the amendment is filed within the time allotted by the statute of limitations, which appears to expire on October 23, 2004.

For the foregoing reasons, the judgment of the district court is hereby AFFIRMED.